**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jesus Norberto EVANS–MARTINEZ,
Defendant–Appellant.**

**No. 05–10280.**

United States Court of Appeals,
Ninth Circuit.

June 27, 2008.

Thomas C. Muehleck, AUSA, Kenneth M. Sorenson, Esq., Honolulu, HI, for Plaintiff–Appellee.

Peter C. Wolff, Jr., Esq., Alexander Silvert, Esq., Honolulu, HI, for Defendant–Appellant.

Before: ROBERT R. BEEZER and RAYMOND C. FISHER, Circuit Judges, and ROBERT J. TIMLIN,* Senior District Judge.

* The Honorable Robert J. Timlin, Senior District Judge for the United States District Court for the Central District of California, sitting by designation.

## ORDER

The Opinion filed June 1, 2006, slip op. 5969, and appearing at 448 F.3d 1163 (9th Cir.2006), is withdrawn. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit.